IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEE JIN-JO, )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>WM SPECIALTY MORTGAGE LLC. )<br>)<br>Defendant. )<br>) | Civil Action No. **08-CV-0230A** |

## MOTION TO CORRECT DEFENDANT'S NAME

Defendant's attorney, FINKEL stated in the footnote of her Affidavit in Opposition (Docket # 53) and Reply Memorandum of Law in Further Support of Plaintiff's Motion to Dismiss (Docket # 49) that - due to the acquisition by JP Morgan Chase, WM Specialty Mortgage LLC is now known as JPMC Specialty Mortgage LLC. FINKEL's mere statement, proved by nothing, can be a potential confusion or prejudice.

Accordingly, I respectfully ask the Court to order defendant's attorney FINKEL to submit all of the documents including when the acquisition between JP Morgan Chase and WM Specialty Mortgage LLC was made and the Articles of the Incorporation of JPMC Specialty Mortgage LLC to prove "WM" is now "JPMC". If it is proved, the defendant's name must be amended correctly from "WM" to "JPMC".

Dated: July 24, 2009

Respectfully Submitted

Mee Jin-Jo/ Plaintiff
1362 Bailey Avenue
Buffalo, NY 14206

# AFFIDAVIT OF SERVICE OF MAILING

STATE OF NEW YORK   )
COUNTY OF ERIE      ) SS.:

Mee Jin-Jo, being duly sworn, says: I served a true copy of the annexed MOTION TO CORRECT DEFENDANT'S NAME -office or official depository of the U.S. Postal Service within the State of New York on July 24, 2009, addressed to the, as indicated below:

Melanie Finkel
Attorney for defendant
565 Taxter Road, Suite 590
Elmsford, NY 10523

Mee Jin-Jo
Signature